IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA REINERT,          )
                         ) Civil Action
         Plaintiff       ) No. 09-cv-3097
                         )
    vs.                  )
                         )
LSI CORPORATION,         )
                         )
         Defendant       )

O R D E R

NOW, this 7th day of July, 2010, upon consideration of the following documents:

(1) Defendant's Motion for Summary Judgment filed April 16, 2010, together with the Memorandum of Law in Support of Defendant's Motion for Summary Judgment and Defendant's Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment;

(2) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, which memorandum was filed May 14, 2010 together with a Statement of Undisputed Material Facts to Defendant's Motion for Summary Judgment; and

(3) Defendant's Reply Brief in Support of Motion for Summary Judgment, which reply was filed June 2, 2010;

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Defendant's Motion for Summary Judgment is granted in part and dismissed in part as moot.

IT IS FURTHER ORDERED that the motion is granted to the extent it seeks summary judgment on plaintiff's claim under Section 510 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1140.

IT IS FURTHER ORDERED that the motion is dismissed as moot to the extent it seeks summary judgment on any claim under Section 502 of ERISA, 29 U.S.C. § 1132.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant LSI Corporation and against plaintiff Brenda Reinert.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge